**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorney for Defendant
I.C. System, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEFANIA LEYVA,<br><br>                     Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>                     Defendants. | Case No.: 3:26-cv-01991-W-GC<br><br>**JOINT NOTICE OF SETTLEEMENT** |

Plaintiff Estefania Leyva ("Plaintiff") and Defendant I.C. System, Inc. ("Defendant") hereby jointly notify the Court that the parties have reached a settlement in principle. The parties anticipate that Plaintiff and Defendant will be able to complete the settlement and Plaintiff will dismiss the case with prejudice within 60 days.

Dated: July 6, 2026          **ANTONYAN LAW, APC**

                             By:  _/s/ Gor Antonyan_
                                  Gor Antonyan
                                  Attorney for Plaintiff
                                  Estefania Leyva

Dated: July 6, 2026          **YU | MOHANDESI LLP**

                             By:  _/s/ Brett B. Goodman_
                                  Brett B. Goodman
                                  Attorney for Defendant
                                  I.C. System, Inc.

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

1

JOINT NOTICE OF SETTLEMENT

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Plaintiff's counsel to affix his electronic signature to this document.

Dated: July 6, 2026

**YU | MOHANDESI LLP**

By: _/s/ Brett B. Goodman_
    Brett B. Goodman
    Attorney for Defendant
    I.C. System, Inc.

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

2
JOINT NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I certify that on July 6, 2026, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

Dated: July 6, 2026

By:  _/s/ Brett B. Goodman_
Brett B. Goodman

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

3
CERTIFICATE OF SERVICE