**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Case Name: | **Leyva v. I.C. System, Inc.** | Case No.: | **26-cv-01991-W-GC** |
|---|---|---|---|

On July 6, 2026, the parties filed a Joint Notice of Settlement.  (ECF No. 10.) Accordingly, **IT IS HEREBY ORDERED**:

1.      The Early Neutral Evaluation and Case Management Conferences previously scheduled for July 10, 2026 (ECF No. 9) are **VACATED**.

2.      A Joint Motion for Dismissal shall be electronically filed on or before **August 19, 2026**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Thomas J. Whelan, shall be e-mailed to the chambers of the Honorable Thomas J. Whelan.[2]

3.      If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **August 19, 2026**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **August 21, 2026**, at **10:30 AM** before Magistrate Judge Guillermo Cabrera.  For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (669) 254-5252 and use meeting identification number 160 243 3377.

4.      If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **August 19, 2026**, then the Settlement Disposition Conference shall be vacated.

Date:  July 6, 2026                                                              Initials:  lc2
                                                                Chambers of the Hon. Guillermo Cabrera

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.
[2] *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.